# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-3587
_____

Billie R. James

*Plaintiff - Appellant*

v.

Southland Casino

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta
_____

Submitted: May 14, 2024
Filed: May 17, 2024
[Unpublished]
_____

Before GRUENDER, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Billie James appeals following the district court's[1] adverse grant of summary judgment in her employment discrimination action. After careful review of the record

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. <u>See</u> <u>Said v. Mayo Clinic</u>, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo). We find no abuse of discretion in the district court's denial of James's motion to compel discovery. <u>See</u> <u>Vallejo v. Amgen, Inc.</u>, 903 F.3d 733, 742 (8th Cir. 2018) (standard of review). We also conclude that the district court did not err in denying James's motion to exclude video evidence. <u>See</u> <u>Oglesby v. Lesan</u>, 929 F.3d 526, 534 (8th Cir. 2019) (standard of review). Further, we see no error in the court denying James's motion for copies.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny the pending motion for appointment of counsel as moot.

_____